UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CRYSTAL CHERRY,                  :
                                       Civil Action No. 09-4643 (SDW)
      Plaintiff,       :

      v.                :    **ORDER REOPENING CASE**

RAUL BALIGA,                     :

      Defendant.       :

    By Opinion and Order [3, 4] entered September 16, 2009, this Court dismissed all claims asserted in the Complaint and ordered the Clerk of the Court to close the Court's file in this matter.

    Thereafter, Plaintiff filed a proposed amended complaint [6], and two applications for reconsideration [10, 13].

    In consideration whereof,

    IT IS, on this 13th day of April, 2010,

    ORDERED that the Clerk of the Court shall RE-OPEN the Court's file in this matter for the Court's consideration of Plaintiff's various filings.

                                                       s/Susan D. Wigenton
                                                       Susan D. Wigenton
                                                       United States District Judge